United States District Court
Southern District of Texas
**ENTERED**
October 21, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § CRIMINAL NO: 16-cr-385-S § SEALED § |
| JERRY NORRIS, a.k.a. James Norris, IV | § § § § § § § § § § § |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  <u>SUPERSEDING INDICTMENT</u>  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>
JERRY NORRIS, a.k.a. James Norris, IV

☑ DETENTION
☐ RELEASED ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on ____October 19____, 20_16_.

_____
UNITED STATES MAGISTRATE JUDGE