Brian J Stretch
United States Attorney
450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 17 70359 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| Jerry Norris | ) |
| Defendant. | ) |

FILED
MAR 16 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on __3/16/17__, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☒ Indictment   ☐ Information   ☐ Criminal Complaint   ☐ Other _____

pending in the __Southern__ District of __Texas__, Case Number __4:16cr385-S__

In that case, the defendant is charged with a violation(s) of Title(s) ____ United States Code, Section(s) ____.

Description of Charges: _____.

Respectfully Submitted,
Brian J Stretch
UNITED STATES ATTORNEY

_Gloria J. Perez_
Assistant U.S. Attorney

Date: __3/16/17__

1