UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Number
Clerk

General Court
408.535.5363

*United States District Court*
*Southern District of Texas*
**FILED**
MAR 20 2017
David J. Bradley, Clerk of Court

March 16, 2017

**Clerk of Court-Southern District of Texas**
United States Courthouse,
515 Rusk Avenue, Houston, TX 77002

| | |
|---|---|
| Case Name: | **USA- v- Jerry Norris** |
| Case Number: | **5-17-70359-MAG** (Your Case# **4:16cr385-S**) |
| Charges: | **18:371, et.al** |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

( X )    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

(   )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
waiver
Minute orders
*AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

Susan Y. Soong, Clerk

by: Cita Escolano
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

Date: **MAR 20 2017**

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk