# **SENTENCE DATA SHEET**

**DEFENDANT:** JERRY NORRIS

**CRIMINAL NO:** 4:16-cr-385-S

**GUILTY PLEA:** Count One (Title 18, United States Code, Section 371) (Conspiracy)

**SUBSTANCE OF PLEA AGREEMENT:** Pursuant to Rule 11(c)(1)(A) and (B) - Defendant agrees to enter a guilty plea to Count One (Title 18, United States Code, Section 371) (Conspiracy) of the Superseding Indictment; and waives his right to appeal and collateral attack, except for a claim of ineffective assistance of counsel.

In exchange, the United States agrees: that if the defendant persists in his guilty plea and fulfills the terms of this agreement, (1) the United States will dismiss any remaining counts of the Superseding Indictment at the time of sentencing; (2) will not oppose a two-point reduction for acceptance of responsibility and an additional one-point reduction under U.S.S.G. 3E1.1(b)(1); and (3) if the defendant provides substantial assistance as determined by the United States, in its sole discretion, a motion for downward departure may be filed.