United States District Court
Southern District of Texas

**ENTERED**
June 25, 2021
Nathan Ochsner, Clerk

PROB 12B
(06/15)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Jerry Norris | Case Number: | 4:16CR00385-020 |

Name of Sentencing Judge:   The Honorable David Hittner

Date of Original Sentence:   July 19, 2018

Original Offense: Conspiracy to commit an offense against the United States through wire fraud; impersonation of an officer or employee of the United States; fraud and related activity in connection with identification documents; fraud and related activity in connection with access devices; and laundering of monetary instruments, in violation of 18 U.S.C. § 371

Original Sentence: 60 months imprisonment, followed by a term of 3 years supervised release

Type of Supervision:   Supervised Release       Supervision Started:   July 15, 2021

---

## EARLIER COURT ACTION

None.

---

## PETITIONING THE COURT

☐   To extend the term of supervision for ___ years, for a total of ___ years.

☒   To modify the conditions of supervision as follows:

**COMMUNITY CONFINEMENT:** The defendant is required to participate in a community treatment center, halfway house or similar facility for a period of 6 months, beginning July 15, 2021, or at a time determined by the probation officer.

### CAUSE

Upon Mr. Norris' release from custody, he will not have a suitable place to reside. Mr. Norris has further expressed his unwillingness to reside in a halfway house after he is released from BOP as he stated he does not want to have to " follow any more rules." Mr. Norris refused to sign the

RE: Jerry Norris 2
Dkt. No. 4:16CR00385-020

Waiver of Hearing to Modify Conditions of Supervised release. As such, a hearing will need to be set should the Court sign the request to modify conditions of supervised release.

It is recommended that the modification be granted and that the Court reserve the right to address these violations at a later date.

Approved:                                           Respectfully submitted,

*Elizabeth Martinez*                          By: *Marissa E. Gutierrez*
Elizabeth Martinez, Supervising              Marissa E. Gutierrez
United States Probation Officer              United States Probation Officer
                                             June 24, 2021

PROB 49
(05/00)

RE:  NORRIS Jerry
    Dkt. No. 4:16CR00385-020

# UNITED STATES DISTRICT COURT
## for
## Southern District of Texas

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation/Supervised Release or the proposed extension of my term of supervision:

_____    Refused to Sign
Witness                                                             Probationer/Supervised Releasee

_____    _____
Date                                                                     Date

Name of Offender: NORRIS, Jerry
Case Number: 4:16CR00385-020
Page Number: 4

THE COURT ORDERS:

[ ]  No Action

[ ]  Extended Supervision as Noted

[X]  Modify Conditions as Noted

[ ]  Other:

David Hittner
U. S. District Judge

6/25/21
Date